IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 107-129 |
| | ) | |
| PATRICK LORENZO DAWSON | ) | |

**O R D E R**

This case is before the Court on a petition to revoke the supervised release of Defendant Patrick Lorenzo Dawson. The Court appointed Attorney William J. Sussman to represent Defendant, and on March 11, 2015 he filed eight motions usually associated with pre-trial discovery requests. (Doc. nos. 131-38.) The next day, he filed a motion to withdraw those eight motions. (Doc. no. 139.) The Court **GRANTS** the motion to withdraw, and **DIRECTS** the **CLERK** to terminate all motions filed on March 11th. (Doc. nos. 131-38.)

SO ORDERED this 12th day of March, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA